**97–730. State ex rel. Feldkamp v. E. Ohio Gas Co.**

Franklin App. No. 96APD05–649. Reported at 84 Ohio St.3d 221, 702 N.E.2d 1203. On motion for

reconsideration. Motion denied.

Cook, J., not participating.